❑ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | |
|---|---|
| **1. Debtor's name** | DermTech, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Constellation Alpha Capital Corp.

**3. Debtor's federal Employer Identification Number (EIN)**

8 4 – 2 8 7 0 8 4 9

**4. Debtor's address**

**Principal place of business**

12340    El Camino Real
Number    Street

San Diego          CA    92130
City              State  ZIP Code

San Diego
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City              State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City              State    ZIP Code

**5. Debtor's website (URL)**   https://dermtech.com

| | |
|---|---|
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5  4  1  7

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No

   ☐ Yes.  District _____  When _____  Case number _____
                                                      MM / DD / YYYY

            District _____  When _____  Case number _____
                                                      MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No

    ☑ Yes.  Debtor  *See attached Schedule 1.*
            _____  Relationship _____

            District _____  When _____
                                                             MM / DD / YYYY

            Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number        Street

                                _____

                                _____
                                City                            State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

            Contact name _____

            Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☑ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/18/2024__
MM  / DD / YYYY

✖ _/s/ Bret Christensen_____          Bret Christensen_____
Signature of authorized representative of debtor          Printed name

Title __President & Chief Executive Officer__

**18. Signature of attorney**

✖ /s/ Erin R. Fay

Signature of attorney for debtor

Date    06/18/2024

MM  / DD  / YYYY

Erin R. Fay

Printed name

Wilson Sonsini Goodrich & Rosati, P.C.

Firm name

222        Delaware Ave., Suite 800

Number        Street

Wilmington                                    DE        19801

City                                          State      ZIP Code

(302) 304-7600                                efay@wsgr.com

Contact phone                                 Email address

5268                                          DE

Bar number                                    State

**SCHEDULE 1**

**Pending Bankruptcy Cases Filed by Affiliated Entities**

On the date hereof, each of the related entities below, including the debtor in this chapter 11 case, filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.

| Entity Name | Federal Employer Identification Number (EIN) |
| --- | --- |
| DermTech, Inc. | 84-2870879 |
| DermTech Operations, Inc. | 33-0708997 |

**ACTION BY UNANIMOUS WRITTEN CONSENT**

**OF THE BOARD OF DIRECTORS OF**

**DERMTECH, INC.**

In accordance with Section 141(f) of the Delaware General Corporation Law, and the bylaws of DermTech, Inc., a Delaware corporation (the "**Company**"), the undersigned, constituting all of the members of the board of directors of the Company (the "**Board**"), hereby take the following actions and adopt the following resolutions by written consent without a meeting:

**WHEREAS**, the Board has reviewed and had the opportunity to ask questions about the materials presented by management and the legal and financial advisors of the Company regarding the indebtedness, liabilities and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Board has had the opportunity to consult with management and the legal and financial advisors of the Company to fully consider, and have considered, the strategic alternatives available to the Company; and

**WHEREAS**, the Board desires to take the following actions by written consent.

**I.**      **Commencement of Chapter 11 Case**

**NOW, THEREFORE, BE IT RESOLVED**, that the Board has determined, after consultation with management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its stockholders, its creditors, and other parties in interest that a voluntary petition (the "**Petition**") be filed by the Company with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") for relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and the Board hereby approves the filing of the Petition.

**RESOLVED FURTHER**, that the form, terms, and provisions of, the execution, delivery, and filing of, and the performance of the transactions and obligations contemplated by the Petition be, and they hereby are, authorized, approved, and adopted in all respects.

**RESOLVED FURTHER**, that any officer of the Company (each, an "**Authorized Officer**" and collectively, the "**Authorized Officers**") be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company (i) to execute and verify the Petition and all documents ancillary thereto, to cause such Petition to be filed with the Bankruptcy Court commencing a case (the "**Chapter 11 Case**"), and to make or cause to be made prior to the execution thereof any modifications to such Petition or ancillary documents, and (ii) to execute, verify, and file or cause to be filed all such other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents necessary, appropriate, advisable or desirable in connection with the foregoing, with such changes, additions, and modifications thereto as such Authorized Officer shall approve, such approval to be conclusively evidenced by such Authorized Officer's execution and delivery thereof.

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to pay all expenses, including advisors' fees and retainers, taxes, consent payments, indemnities, and filing fees, in each case as in such Authorized Officer's judgment shall be necessary, appropriate, advisable or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein, with all such payments to be conclusive evidence of such approval and that such Authorized Officer deemed the same to be so necessary, appropriate, advisable or desirable.

## II.   <u>Retention of Advisors</u>

**RESOLVED**, that, in connection with the Chapter 11 Case, the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, empowered, and directed, on behalf of and in the name of the Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals which such Authorized Officer deems necessary, appropriate, advisable or desirable in connection with the Chapter 11 Case and the transactions contemplated thereby (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard).

**RESOLVED FURTHER**, that the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation is hereby retained as restructuring counsel for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

**RESOLVED FURTHER**, that the firm of TD Cowen is hereby retained as investment banker for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

**RESOLVED FURTHER**, that the firm of AlixPartners LLP is hereby retained as financial and restructuring advisor for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

**RESOLVED FURTHER**, that the firm of Stretto, Inc. is hereby retained as claims and noticing agent and administrative advisor in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

## III.   <u>General Authorization and Ratification</u>

**RESOLVED,** that the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, empowered, on behalf of and in the name of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Officer performing or executing the same shall approve, and the performance or execution thereof by such Authorized Officer shall be conclusive evidence of the approval thereof by such Authorized Officer and by the Company.

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the

DocuSign Envelope ID: 73E3C8C2-E5D1-4FA8-8E4E-FA35224A80EC

name of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform under such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions as in the judgment of such Authorized Officer shall be necessary, appropriate, desirable, or advisable to prosecute a successful completion of the Company's Chapter 11 Case and to effectuate the restructuring or liquidation of the Company's debts, other obligations, organizational form and structure and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of which the foregoing resolutions and the transactions contemplated by these resolutions, such Authorized Officer's authority thereunto to be evidenced by the taking of such actions.

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to take such actions and execute and deliver such documents as may be required or as such Authorized Officer may determine to be necessary, appropriate, desirable, or advisable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including, without limitation, the execution and delivery of any consents, resolutions, petitions, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits and other papers or documents to be executed and delivered in such form as such Authorized Officer shall approve, the taking or execution thereof by such Authorized Officer being conclusive evidence of the approval thereof by such Authorized Officer and the Company.

**RESOLVED FURTHER**, that any and all past actions heretofore taken by any Authorized Officer on behalf of and in the name of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, reaffirmed and approved in all respects.

**RESOLVED FURTHER**, that any Authorized Officer is authorized to place a copy of these resolutions in the official records of the Company to document the actions set forth herein as actions taken by the Board.

[*Signature Page Follows*]

This action by written consent shall be effective as of the date of the last signature set forth below. Any copy, facsimile or other reliable reproduction of this action by written consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used.

Bret Christensen

Date: June 17, 2024

Cynthia Collins

Date: June 17, 2024

Nathalie Gerschtein Keraudy

Date: June 17, 2024

Matthew Posard

Date: June 17, 2024

Herm Rosenman

Date: June 17, 2024

Mark Capone

Date: June 17, 2024

Kirk Malloy

Date: June 17, 2024

[Signature Page to the Action by Unanimous Written Consent of the Board of Directors of DermTech, Inc.]

**Fill in this information to identify the case:**

Debtor name __**DermTech, Inc.**, *et al.*__

United States Bankruptcy Court for the: _____ District of __**Delaware**__
                                                                    (State)

Case number (If known): _____

❑ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders[*]

**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | KILROY REALTY LP 12200 W OLYMPIC BLVD #200 LOS ANGELES, CA 90064 | KILROY REALTY LP 12200 W OLYMPIC BLVD #200 LOS ANGELES, CA 90064 RVAZQUEZ@KILROYREALTY.COM | Lease obligations | | | | $1,323,413.00 |
| 2 | FRICTIONLESS SOLUTIONS, INC. 415 W GOLF RD #28 ARLINGTON HGTS, IL 60005 | FRICTIONLESS SOLUTIONS, INC. 415 W GOLF RD #28 ARLINGTON HGTS, IL 60005 PATTY@FRICTIONLESSSOLUTIONS.COM | Trade debts | | | | $145,161.00 |
| 3 | SAPIO SCIENCES 205 N. GEORGES ST YORK, PA 17401 | SAPIO SCIENCES 205 N. GEORGES ST YORK, PA 17401 ACCOUNTING@SAPIOSCIENCES.COM | Trade debts | | | | $126,284.00 |
| 4 | HCP, INC. PO BOX 59902 LOS ANGELES, CA 90074 | HCP, INC. PO BOX 59902 LOS ANGELES, CA 90074 BROSS@HEALTHPEAK.COM | CAM charges | | | | $108,240.00 |
| 5 | MEDICAL DERMATOLOGY SPECIALISTS 1331 N. 7TH ST., SUITE 250 PHOENIX, AZ 85006 | MEDICAL DERMATOLOGY SPECIALISTS 1331 N. 7TH ST., SUITE 250 PHOENIX, AZ 85006 KDELFIN@USDERMPARTNERS.COM | Trade debts | | | | $73,125.00 |
| 6 | FEDEX P.O. BOX 7221 PASADENA, CA 91109-7321 | FEDEX P.O. BOX 7221 PASADENA, CA 91109-7321 | Trade debts | | | | $61,559.00 |
| 7 | WORKIVA, INC. 2900 UNIVERSITY BLVD AMES, IA 50010 | WORKIVA, INC. 2900 UNIVERSITY BLVD AMES, IA 50010 AR@ACCOUNTING.WORKIVA.COM | Trade debts | | | | $55,125.00 |
| 8 | ILLUMINA, INC. 12864 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-0128 | ILLUMINA, INC. 12864 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-0128 CUSTOMERSERVICE@ILLUMINA.COM | Trade debts | | | | $40,412.00 |

Debtor Name  **DermTech, Inc.,** *et al.*    Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | SDG&E PO BOX 25111 SANTA ANA, CA 92799-5111 | SDG&E PO BOX 25111 SANTA ANA, CA 92799-5111 INFO@SDGE.COM | Utility services | | | | $39,542.00 |
| 10 | LIFE TECHNOLOGIES CORPORATION C/O BANK OF AMERICA LOCKBOX SVCS. 12088 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | LIFE TECHNOLOGIES CORPORATION C/O BANK OF AMERICA LOCKBOX SVCS. 12088 COLLECTION CENTER DRIVE CHICAGO, IL 60693 JENNIFER.BLANCOARIAS@THERMOFISHER.COM | Trade debts | | | | $19,626.00 |
| 11 | DERMATOLOGIC SURGERY CENTER OF DC, LLC 5530 WISCONSIN AVE #820 CHEVY CHASE, MD 20815 | DERMATOLOGIC SURGERY CENTER OF DC, LLC 5530 WISCONSIN AVE #820 CHEVY CHASE, MD 20815 DR.MARAL.SKELSEY@MOHS-MD.COM | Trade debts | | | | $17,500.00 |
| 12 | GEORGIADIS, GUS ADDRESS ON FILE | GEORGIADIS, GUS ADDRESS ON FILE EMAIL ADDRESS ON FILE | Trade debts | | | | $17,500.00 |
| 13 | EBASE SOLUTOINS LLC 20830 STEVENS CREEK BLVD #1116 CUPERTINO, CA 95014 | EBASE SOLUTIONS LLC 20830 STEVENS CREEK BLVD #1116 CUPERTINO, CA 95014 SRAVIPUDI@EBASECORP.COM | Trade debts | | | | $15,120.00 |
| 14 | VISAGE, DANIEL R ADDRESS ON FILE | VISAGE, DANIEL R ADDRESS ON FILE EMAIL ADDRESS ON FILE | Trade debts | | | | $15,000.00 |
| 15 | THOMSON REUTERS - WEST PO BOX 6292 CAROL STREAM, IL 60197-6292 | THOMSON REUTERS - WEST PO BOX 6292 CAROL STREAM, IL 60197-6292 TRACCOUNTSRECEIVABLE@THOMSONREUTERS.COM | Trade debts | | | | $14,584.00 |
| 16 | BEGHOU CONSULTING PO BOX 0452 EVANSTON, IL 60204-0452 | BEGHOU CONSULTING PO BOX 0452 EVANSTON, IL 60204-0452 DENNIS.FOURNOGERAKIS@BEGHOUCONSULTING.COM | Trade debts | | | | $12,660.00 |
| 17 | XILTRIX NORTH AMERICA, LLC 9255 TOWNE CENTRE DR #925 SAN DIEGO, CA 92121 | XILTRIX NORTH AMERICA, LLC 9255 TOWNE CENTRE DR #925 SAN DIEGO, CA 92121 GYUASA@XILTRIXUSA.COM | Trade debts | | | | $12,235.00 |
| 18 | EVANS, TANYA Y, MD INC. 27020 ALICIA PKWY #G LAGUNA NIGUEL, CA 92677 | EVANS, TANYA Y, MD INC. 27020 ALICIA PKWY #G LAGUNA NIGUEL, CA 92677 TEVANS@AVANCETRIALS.COM | Trade debts | | | | $11,530.00 |
| 19 | PROVIDERTRUST, INC. PO BOX 306121 NASHVILLE, TN 37230-6121 | PROVIDERTRUST, INC. PO BOX 306121 NASHVILLE, TN 37230-6121 BILLING@PROVIDERTRUST.COM | Trade debts | | | | $9,019.00 |
| 20 | ISSA RESEARCH AND CONSULTING 6048 SELWOOD PL SPRINGFIELD, VA 22152 | ISSA RESEARCH AND CONSULTING 6048 SELWOOD PL SPRINGFIELD, VA 22152 DRNAIEMISSA@GMAIL.COM | Trade debts | | | | $8,890.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | SKIN SURGERY MEDICAL GROUP, INC. ATTN: ANNE TRUITT 5222 BALBOA AVENUE, 6TH FLOOR SAN DIEGO, CA 92117 | SKIN SURGERY MEDICAL GROUP, INC. ATTN: ANNE TRUITT 5222 BALBOA AVENUE, 6TH FLOOR SAN DIEGO, CA 92117 SMOHSEN@SKINSURGERYMED.COM | Trade debts | | | | $6,750.00 |
| 22 | HERRON, MARK ADDRESS ON FILE | HERRON, MARK ADDRESS ON FILE EMAIL ADDRESS ON FILE | Trade debts | | | | $6,000.00 |
| 23 | CANTEEN SAN DIEGO FILE #50196 LOS ANGELES, CA 90074-0196 | CANTEEN SAN DIEGO FILE #50196 LOS ANGELES, CA 90074-0196 ENRIQUE.MARTINEZ@COMPASS-USA.COM | Trade debts | | | | $5,424.00 |
| 24 | TIPALTI, INC. 1051 E HILLSDALE BLVD SUITE 600 FOSTER CITY, CA 94404 | TIPALTI, INC. 1051 E HILLSDALE BLVD SUITE 600 FOSTER CITY, CA 94404 MARK.MARQUS@TIPALTI.COM | Trade debts | | | | $5,000.00 |
| 25 | SCMG NELIN CANLAPAN 4TH FLOOR FINANCE 8695 SPECTRUM CENTER BLVD SAN DIEGO, CA 92123 | SCMG NELIN CANLAPAN 4TH FLOOR FINANCE 8695 SPECTRUM CENTER BLVD SAN DIEGO, CA 92123 MELISSA.GOODSON@SHARP.COM | Customer refunds | | | | $4,996.00 |
| 26 | NEXTGEN HEALTHCARE, INC. PO BOX 511449 LOS ANGELES, CA 90051 | NEXTGEN HEALTHCARE, INC. PO BOX 511449 LOS ANGELES, CA 90051 JMESSER@NEXTGEN.COM | Trade debts | | | | $4,795.00 |
| 27 | UNIVERSITY OF PITTSBURGH PHYSICIANS - UPMC CLINICAL TRIALS RECEIPTS 3600 FORBES AVE @MEYRAN AVE #300 PITTSBURGH, PA 15213 | UNIVERSITY OF PITTSBURGH PHYSICIANS - UPMC CLINICAL TRIAL RECEIPTS 3600 FORBES AVE @MEYRAN AVE #300 PITTSBURGH, PA 15213 OSPARS@UPMC.EDU | Trade debts | | | | $4,525.00 |
| 28 | DERMATOLOGY & SKIN CANCER SPECIALISTS LLC C/O LAUREN MILLER 15245 SHADY GROVE RD., STE. 480 ROCKVILLE, MD 20850 | DERMATOLOGY & SKIN CANCER SPECIALISTS LLC C/O LAUREN MILLER 15245 SHADY GROVE RD., STE. 480 ROCKVILLE, MD 20850 KDELFIN@USDERMPARTNERS.COM | Trade debts | | | | $4,225.00 |
| 29 | PROFESSIONAL MAINTENANCE SYSTEMS (PMS) PO BOX 80038 SAN DIEGO, CA 92138-0038 | PROFESSIONAL MAINTENANCE SYSTEMS (PMS) PO BOX 80038 SAN DIEGO, CA 92138-0038 MADISONB@PMSJANITORIAL.COM | Trade debts | | | | $3,995.00 |
| 30 | ZYMO RESEARCH CORPORATION 17062 MURPHY AVENUE IRVINE, CA 92614 | ZYMO RESEARCH CORPORATION 17062 MURPHY AVENUE IRVINE, CA 92614 ACCOUNTING@ZYMORESEARCH.COM | Trade debts | | | | $3,840.00 |

*On a consolidated basis. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor with respect to all or any portion of the claims contained herein. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DERMTECH, INC., | Case No. 24-_____ ([____]) |
| Debtor. | (Joint Administration Requested) |
| Tax I.D. No. 84-2870849 | |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FED. R. BANKR. P. 1007(a)(1), 1007(a)(3) AND 7007.1

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy

Procedure, Debtor DermTech, Inc. (the "Debtor") hereby states as follows:

1.      The Debtor is the direct parent of its affiliated debtor and debtor in possession,

DermTech Operations, Inc. The mailing address of the Debtor is 12340 El Camino Real,

San Diego, California 92130.

2.      The Debtor's stock is publicly traded and no parent corporation or publicly-traded

corporation owns 10% or more of its stock. As of the Petition Date, the Debtor only has

common stock outstanding.

3.      A list of the Debtor's equity interest holders is attached.

# Equity Interest Holders List

# DermTech, Inc. – List of Equity Interest Holders [Redacted]

| Name | Address | Units Held |
|------|---------|-----------|
| Bob Adams | Address on File | 63 |
| Elias Alemeslassie | Address on File | 230 |
| Allison F. Wren of The Wren Group | 11099 N. Torrey Pines Rd., Ste. 100 La Jolla, CA 92037-1029 | 1 |
| Shannon Aubry-Dummand & Pascal Aubry-Dummand | Address on File | 289 |
| Debra L. Bailey | Address on File | 4 |
| Barrington LPR2 LLC | 11099 N. Torrey Pines Rd., Ste. 100 La Jolla, CA 92037-1029 | 3,296 |
| Daniel Baz | Address on File | 46 |
| BDP Holdings LLC | Estate of Robert Hoehl C/O The Bollard Group LLC One Joy Street Boston, MA 02108 | 384 |
| Beacon Investments LLC | 24850 SE Stark St., Ste. 100 Gresham, OR 97030-8317 | 10 |
| Bender Family Trust | 11099 N. Torrey Pines Rd., Ste. 100 La Jolla, CA 92037-1029 | 39 |
| BMM Capital LLC | C/O Alliance Trust Company 100 W. Liberty St., Ste. 100 Reno, NV 89501-1927 | 2,097 |
| Boly:Welch | 920 SW 6th Ave., Ste. 100 Portland, OR 97204-1207 | 98 |
| Advest Inc. | Frederic S. Borowski IRA 11099 N. Torrey Pines Rd., Ste. 100 La Jolla, CA 92037-1029 | 3 |
| Peter Brundage | Address on File | 154,567 |
| Greg Buffington | Address on File | 252 |
| Carl M. Fredericks Tr. | Address on File | 19 |
| Cleve E. Carney, Jr. | Address on File | 5 |
| Daniel B. Carney | Address on File | 5 |
| Cede & Co. | 570 Washington Blvd. Jersey City, NJ 07310-1617 | 34,940,301 |
| Sherman Chang | Address on File | 152 |
| Charles M. Inge Brown Tr. | Address on File | 1,153 |
| Marc Cohen | Address on File | 392 |
| Peter H. Colettis | Address on File | 8,197 |
| Cosette Bonjour Tr. | Address on File | 20 |
| William & Stephanie Costigan JTWROS | Address on File | 980 |
| Byron Crowe | Address on File | 3,794 |

| Name | Address | Units Held |
|------|---------|-----------|
| Michael H. Gold, M.D. | Address on File | 53 |
| Ruth Daddabbo | Address on File | 3 |
| Daniel Einhorn & Emily Feldman Einhorn Trust 1994 | Dated 4/13/95<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 1,850 |
| Danielle Schwartz Trust | 11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 11 |
| Lyle Gray Dawson | Address on File | 1,491 |
| John Day | Address on File | 5 |
| Beth G. Diamond | Address on File | 11 |
| DLA Piper LLP | 11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 17,284 |
| Donald R. Swortwood Trust | U/A DTD 7/7/1995<br>2563 Calle del Oro<br>La Jolla, CA 92037 | 250 |
| Draxler Family Trust | 9166 Oviedo St.<br>San Diego, CA 92129 | 20 |
| Carol A. Duncan, Trustee | Address on File | 2,695 |
| Thomas Eisenberg | Address on File | 294 |
| EKM Capital LLC | Alliance Trust company<br>100 West Liberty St., Ste. 100<br>Reno, NV 89501 | 524 |
| Jennifer C. Elling | Address on File | 5 |
| Equity Trust Company | D/B/A Sterling<br>FBO: Dave Pearce IRA<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 20 |
| Equity Trust Company | D/B/A Sterling<br>FBO: Don Graham IRA<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 20 |
| Dover & Co | C/O BNY Mellon<br>Attn: Box 11203<br>50 Ross Street – 154-0455<br>Pittsburgh, PA 15262-0001 | 3 |
| David Fivenson & Maria Miles | Address on File | 10 |
| Michael Leonard Flaster | Address on File | 3 |
| John M. Wilson Fletcher | Address on File | 1 |
| Peter Fogarty | Address on File | 4,000 |
| Jeff Folick | Address on File | 6 |
| Gerald Forth | Address on File | 16 |

4864-9813-3190.4

| Name | Address | Units Held |
|------|---------|------------|
| Fred M. Carmody, Jr. for Alltech | Alltech Solar<br>F/K/A Alltech Builders Inc<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 1 |
| Future LLC | 14470 Eighteenth Fairway<br>Milton, GA 30004-4395 | 2,450 |
| GC Andersen Partners LLC | 11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 281 |
| George F. Bowles, Trustee | Address on File | 70 |
| Michael W. George | Address on File | 25 |
| Gerald A. Tomsic Retirement Trust | 135 S. Jackson St., Ste. 200<br>Glendale, CA 91205-4917 | 2,893 |
| Brenda Gevertz | Address on File | 3 |
| Richard M. Gomberg | Address on File | 2 |
| Greene Street Capital Corporation | 114 Greene St., 5th Floor<br>New York, NY 10012 | 32 |
| Harold & Angela Oster Living Trust | U/A Dated 5/31/2003<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 3 |
| Minish Joe Hede | Address on File | 4,325 |
| Timothy Hoare | Address on File | 100 |
| William B. Hoppenjans | Address on File | 18 |
| Janet Horber | Address on File | 2,450 |
| Jerry T. Jackson | Address on File | 639 |
| Jay Shaffer, Trustee | Shaffer-Robinson Rev. Trust<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 6 |
| JN Capital LLC | 11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 9 |
| Gerald B. Johnston | Address on File | 490 |
| Jonathan Primuth, Trustee | Address on File | 8 |
| Eugene C. Jones | Address on File | 2 |
| Sydney Jones | Address on File | 12 |
| KAM Capital LLC | Alliance Capital LLC<br>100 West Liberty St., Ste. 100<br>Reno, NV 89501 | 524 |
| Robert Kaplan | Address on File | 14 |
| Martin Katz | Address on File | 5 |
| David Kimball Trustee | Kimball Teknologies Inc. Defined Benefit Plan<br>U/A DTD 01/01/2018<br>10866 Washington Blvd., #115<br>Culver City, CA 92032-3610 | 392 |
| Fred Kortmann | Address on File | 294 |

4864-9813-3190.4

| Name | Address | Units Held |
|------|---------|------------|
| Kristen J. Gravin Living Trust | Address on File | 20 |
| KT4 Partners LLC | C/O Manning Fulton & Skinner P.A.<br>3605 Glenwood Ave., Ste. 500<br>Raleigh, NC 27612 | 3,187 |
| Larry J. Wolfe, Trustee | Address on File | 7 |
| Robert Lasting | Address on File | 8 |
| Paul A. Lehman | Address on File | 45 |
| Letitia H. Sortwood Rev. Trust #1 | U/A DTD 9/16/1993<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 250 |
| Asian Gateway Limited | Sodergatan 20A<br>35235<br>Vaxjo<br>Sweden | 1,568 |
| Judson & Barbara Longaker | Address on File | 114 |
| Matthew Loscalzo | Address on File | 8 |
| Paul Lucky | Address on File | 5 |
| Joseph Manzi | Address on File | 12,581 |
| Veronica Marano & Thomas M. Volckening Marano JTWROS | Address on File | 1,612 |
| William Massie | Address on File | 116 |
| Troy W. McCall | Address on File | 2 |
| Michael McGilvery | Address on File | 1,153 |
| Stephen C. Hamilton, M.D. | Address on File | 4 |
| Means Family Trust | U/A Dated 2/14/2003<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 20 |
| Michael B. Jones and Valentina Jones, Trustees | Address on File | 28 |
| Barret Marshall Miller | Address on File | 1,048 |
| Milton H. Dresner Rev. Living Trust | 11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 277 |
| MIS Equity Strategies, LP | 16217 Kittridge St.<br>Van Nuys, CA 91406-5815 | 2,097 |
| Mission Ventures | 11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 20 |
| Mohegan Partners LP, Trustee | Todd & Mary Gutschow Fam. Trust<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 81 |
| Kenneth J. Monaghan | Address on File | 500 |
| Monhegan Partners | 3830 Valley Centre Dr., Ste. 705<br>San Diego, CA 92130-3307 | 20 |

4864-9813-3190.4

| Name | Address | Units Held |
|------|---------|------------|
| Arthur Morelli | Address on File | 2 |
| Manuel Morman | Address on File | 3 |
| Brian Moses | Address on File | 581 |
| Nancy Jones Cummings Tr. Trust Agreement | FBO Gerald Monteath Jones<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 12 |
| National Advisors Trust Co. Tr. | The Stephen A. Estes Trust Fund B<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 6 |
| Thomas & Patricia N. Nolan JTWROS | Address on File | 2,096 |
| John A. Nole | Address on File | 115 |
| Northlea Partners | John H. Abeles M.D.<br>Manager of General Partner<br>7235 Promenade Dr., J-202<br>Boca Raton, FL 33433 | 588 |
| Stefan F. Nowina | Address on File | 5,388 |
| Nuview IRA Cust. | Address on File | 2,695 |
| Nuview IRA Cust. – Stefan Nowina IRA | Address on File | 14,473 |
| Barbara O'Leary Nye | Address on File | 533 |
| Jill M. Olson | Address on File | 26 |
| Reid S. Oslan | Address on File | 163 |
| Culver Parker | Address on File | 8 |
| Carl C. Peck | Address on File | 14 |
| Carl C. Peck | Address on File | 2,391 |
| Michael D. Penfield | Address on File | 9 |
| Peter & Rachel Zahn | Address on File | 3 |
| Peter J. Bowen & Diane S. Bowen Rev. Living Trust | Address on File | 293 |
| PKE and DAE Tr. | PKE and DAE are Trustors<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 9 |
| Robert A. Prosek | Address on File | 4 |
| R&R Ventures LLC | 11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 75 |
| Roger Ramsey | Address on File | 392 |
| Mark Rinsky | Address on File | 7 |
| Robert Rinsky | Address on File | 4 |
| Tyson Robbins | Address on File | 196 |
| A. Matthew Rosen | Address on File | 2 |
| Carol Samons | Address on File | 318 |

4864-9813-3190.4

| Name | Address | Units Held |
|---|---|---|
| David Sardi | Address on File | 5 |
| Ben Saval | Address on File | 59 |
| Mark Scharmann | Address on File | 20 |
| Martin Siegel | Address on File | 3,645 |
| Starlight Investments LLC Tr. | Jan. S Tuttleman Trust 2000<br>11099 N. Torrey Pines Rd., Ste. 100<br>La Jolla, CA 92037-1029 | 78 |
| Harris Steinberg | Address on File | 14 |
| Frances T. Stone and Robert J. Stone | Address on File | 3 |
| Tech Coast Angels | 30025 Alicia Pkwy., #223<br>Laguna Niguel, CA 92677-2090 | 20 |
| Teresa and Philip Butler Co-Trs. | Address on File | 23 |
| The Clemetson Family Trust | Address on File | 2,450 |
| The GBS Living Trust | Address on File | 490 |
| The Gerald A. Tomsic 1995 Trust | 135 S. Jackson St., Ste. 200<br>Glendale, CA 91205-4917 | 7,230 |
| Timothy Touloukian | Address on File | 88 |
| Thomas J. Franz, Tr. | Address on File | 20 |
| Glenn Tracey | Address on File | 2 |
| Vynga Tran | Address on File | 1 |
| Robert Trifunovic | Address on File | 6 |
| Amy J. Adams, Trustee | Address on File | 6,899 |
| Howard and Siesel Maibach Trustees | Address on File | 348 |
| William J. Truxal | Address on File | 980 |
| Tanya Urbach | Address on File | 1,423 |
| C. Joseph Vanhaverbeke Trust | Address on File | 114 |
| Velcro LLC | 100 W. Liberty St., Ste. 100<br>Reno, NV 89501-1927 | 4,193 |
| Cherie Walker | Address on File | 59 |
| Ralph Warton | Address on File | 456 |
| Perry M. Waughtal | Address on File | 8,073 |
| Patricia Welch | Address on File | 98 |
| John F. Welle | Address on File | 2 |
| William & Mary Burrows | Address on File | 10 |
| William G. Clapp | Address on File | 20 |
| Wray Family Revocable Trust | PO Box 2649<br>Minden, NV 89423-2649 | 1,530 |
| Gerald J. Yakatan | Address on File | 8 |
| James A. Zalla & Marina Meier Zalla | Address on File | 17 |

4864-9813-3190.4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DERMTECH, INC., *et al.*,[1] | Case No. 24-_____ ([___]) |
| Debtors. | (Joint Administration Requested) |

**Attachment to Voluntary Petition for Non-Individuals**
**Filing for Bankruptcy Under Chapter 11**

1.      If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-38118.

2.      The following financial data is the latest available information and refers to the debtors' condition as of the dates noted in the comments below:

| | |
|---|---|
| a. Total assets | $ 98,199,473.47 |
| b. Total debts (including debts listed in 2.c., below) | $ 62,800,153.87 |
| c. Debt securities held by more than 500 holders | N/A |
| d. Number of shares of preferred stock | N/A |
| e. Number of shares of common stock | 35,253,581 |

Comments, if any: Total assets and total debts are listed above are as of April 30, 2024.  To the Debtors' knowledge, the shares of common stock listed above are those outstanding as of June 17, 2024.

3.      Brief description of debtor's business: The Debtors are a molecular diagnostic company that develops and markets novel non-invasive genomics tests to aid in the diagnosis and management of melanoma. The Debtors' flagship product is their DermTech Melanoma Test™ (the "DMT"), a laboratory developed scalable genomics assay to clinically assess pigmented skin lesions for melanoma using non-invasive collection of patient samples using adhesive patches

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: DermTech, Inc. (0849) and DermTech Operations, Inc. (8997).  The Debtors' service address is 12340 El Camino Real, San Diego, California 92130.

known as the DermTech Smart Sticker™ (together with the DMT and the Debtors' assays, the "Products"). In contrast to the existing standard of care of using a scalpel to biopsy suspicious lesions, the Products provide an objective, non-invasive, more accurate, and lower cost means of assessing pigmented lesions suspicious of melanoma and guiding the clinician's decision of whether to biopsy. The DMT has been demonstrated to rule out melanoma with a negative predictive value of 99%. The DMT is performed in the Debtors' molecular laboratory in San Diego, California. The Debtors also provide research laboratory services to several pharmaceutical companies which access the Debtors' technology on a contract basis to further clinical trials and studies related to other skin diseases and to measure the response of drugs under development.

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: Van Herk Investments B.V.

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1), 1007(a)(3), and 7007.1

☑ Other document that requires a declaration  Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11

☑ Other document that requires a declaration  List of Equity Interest Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __06/18/2024__          ✘ /s/ Bret Christensen
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         Bret Christensen
                                         Printed name

                                         President & Chief Executive Officer
                                         Position or relationship to debtor